# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

———

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
mmiranda@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
KOREN HARRIS⁺

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° ALSO ADMITTED IN MASSACHUSETTS
⁺RESIDENT IN WESTCHESTER

April 21, 2008

**VIA ECF & REGULAR MAIL**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:   Pipeline Construction v. United States Liability Insurance Co.,
07 Civ. 010643 (RJS)
<u>Our File No.:   07-649</u>

Dear Judge Sullivan:

The above referenced case has been resolved and a Stipulation of Discontinuance has been filed through the Orders and Judgments Clerk. There is a status conference scheduled for May 8, 2008. In light of the settlement, we respectfully ask that this conference be cancelled, and this case removed from your calendar.

Thank you.

Sincerely,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Michael A. Miranda

cc:
Sullivan Gardner P.C.
Steven R. Montgomery, Esq.
475 Park Avenue, 33rd Floor
New York, New York 10016