04/16/2008  11:17   2125573113                SC_PC                                    PAGE  02/02

Sullivan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

------------------------------------------------------------X
PIPELINE CONSTRUCTION LLC.,

                           Plaintiff,                          07 Civ. 10643 (RJS)

         -against-                             STIPULATION OF
                                                            DISCONTINUANCE

UNITED STATES LIABILITY INSURANCE
COMPANY,

                         Defendant.
------------------------------------------------------------X

      It is hereby stipulated and agreed that, pursuant to Fed. R. Civ. P. 41(a)(1), this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 16, 2008

SULLIVAN GARDNER P.C.

_____
Steven R. Montgomery (SRM-4514)
475 Park Avenue South, 33rd Floor
New York, NY 10016
Attorneys for Plaintiff

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP

_____
Michael A. Miranda (MAM-6413)
240 Mineola Boulevard
Mineola, New York 11501
Attorneys for Defendant

SO ORDERED:

_____
Richard J. Sullivan
U.S.D.J.
4/29/08